# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| ALFRED MATTHEWS, INC., | CASE NO. 2:11-cv-01909-KJM-GGH |
| Plaintiff, | ORDER TRANSFERRING VENUE |
| v. | Comp. Filed : March 18, 2010 |
| SENTRY SELECT INSURANCE COMPANY DBA SENTRY INSURANCE COMPANY AND/OR SENTRY INSURANCE; SENTRY INSURANCE MUTUAL COMPANY DBA SENTRY INSURANCE COMPANY AND/OR SENTRY INSURANCE; SENTRY INSURANCE COMPANY; SENTRY INSURANCE; and, Does 1 to 100, Inclusive, | |
| Defendants. | |

Based upon the stipulation of the parties, and pursuant to 28 U.S.C. § 1406(a):

///
///
///
///

**IT IS HEREBY ORDERED** that this case shall be transferred to the United States District Court for the Eastern District of California, Fresno Division.

Dated: August 11, 2011

_____
UNITED STATES DISTRICT JUDGE